[No. 50489-4-I.   Division One.   December 29, 2003.]

*In the Matter of the Parentage of* J.R.

JOYCE C. COLE, *Appellant*, v. STEVEN R. RUSSELL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-5-00566-0, Nicole MacInnes, J., entered March 27, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50527-1-I.   Division One.   December 29, 2003.]

*In the Matter of the Marriage of* BRENDA K. OSBORNE, *Respondent*, and DONALD P. OSBORNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-3-51194-1, Mary Yu, J., entered March 22, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Appelwick, JJ.

[No. 50545-9-I.   Division One.   December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT FREEBURG, *Appellant.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 17, 2004. Substitute opinion filed. See 120 Wn. App. 192.

[No. 50661-7-I.   Division One.   December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LINNIELL PHIPPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-02511-3, Brian D. Gain, J., entered May 14, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.